Opinion filed October 2, 2008 











 
 
  
 
 







 
 
  
 
 




Opinion filed October 2,
2008 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                   __________

 

                                                          No. 11-08-00195-CR

                                           __________

 

                           CESAR RENE JUAREZ-VILLELA, Appellant

 

                                                             V.

 

                                         STATE
OF TEXAS, Appellee

 



 

                                         On
Appeal from the 385th District Court

 

                                                         Midland
County, Texas

 

                                                 Trial
Court Cause No. CR34402

 



 

                                             M
E M O R A N D U M   O P I N I O N

Cesar
Rene Juarez-Villela was convicted of possession of cocaine and sentenced to
confinement for two years in a state jail facility.  We dismiss the appeal.








The
trial court imposed the sentence in open court on June 10, 2008.  Appellant=s retained counsel timely
filed a notice of appeal.  Neither a motion for new trial nor an affidavit of
inability to pay costs on appeal pursuant to Tex.
R. App. P. 20.2 were filed.  The due date for the appellate record has
been extended to September 24, 2008, and both the clerk of the trial court and the
court reporter have informed this court in writing that appellant has failed to
make arrangements to pay for the record.  Neither the clerk=s record nor the reporter=s record has been filed in
this court.  The failure to file the appellate record is due to appellant=s actions.  Tex. R. App. P.  37.3(b).

The
appeal is dismissed.

 

PER CURIAM

 

October 2, 2008

Do not publish. 
See Tex. R. App. P. 47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.